# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

ADR

BARBARA POWELL, an individual,

Plaintiff,

v.

CITY OF SAN JOSE, et al.,

Defendants.

E-FILING

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**C08 01213**

**HRL**

TO: (Name and address of defendant)

CITY OF SAN JOSE; ROBERT DAVIS in his capacity as CHIEF OF POLICE OF THE CITY OF SAN JOSE; OFFICER ANTHONY SERRANO; and DOES 1 THROUGH 75, individually and in their official capacities as employees of the CITY OF SAN JOSE; and DOES 76-100 individually, inclusive,

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GONZALEZ & LEIGH, LLP
Matt Gonzalez (SBN 153486)
G. Whitney Leigh (SBN 153457)
Bryan W. Vereschagin (SBN 188608)
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE: FEB 2 8 2008

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK