GONZALEZ & LEIGH, LLP
MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN W. VERESCHAGIN (SBN 188608)
MATT SPRINGMAN (SBN 252508)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiff
BARBARA POWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA POWELL, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SAN JOSE; ROBERT DAVIS in his capacity as CHIEF OF POLICE OF THE CITY OF SAN JOSE; OFFICER ANTHONY SERRANO; and DOES 1 THROUGH 75, individually and in their official capacities as employees of the CITY OF SAN JOSE; and DOES 76-100 individually, inclusive,<br><br>　　　　　　　Defendants. | **CASE NO. C08-01213 HRL**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: June 10, 2008                    GONZALEZ & LEIGH, LLP


By   /s/ Bryan W. Vereschagin
     BRYAN W. VERESCHAGIN
     Attorney for Plaintiff
     BARBARA POWELL