UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Barbara Powell an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>City Of San Jose, et. al.,<br><br>   Defendants. _____/ | No. C08-01213<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for June 17, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: June 10, 2008                       RICHARD W. WIEKING,
                                           United States District Court

                                            */s/ Patty Cromwell*
                                           By: Patty Cromwell
                                           Courtroom Deputy Clerk to
                                           Magistrate Judge Howard R. Lloyd

1

2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3

4  Brian James Brazier    bbrazier@gonzalezleigh.com, bvereschagin@gonzalezleigh.com, cescobar@gonzalezleigh.com, lrivers@gonzalezleigh.com, malberto@gonzalezleigh.com,
5  vasquez@gonzalezleigh.com, wleigh@gonzalezleigh.com

6  Matt Gonzalez    mgonzalez@gonzalezleigh.com, linglis@gonzalezleigh.com

7  Gilbert Whitney Leigh    wleigh@gonzalezleigh.com, bbrazier@gonzalezleigh.com, cescobar@gonzalezleigh.com, lrivers@gonzalezleigh.com, malberto@gonzalezleigh.com,
8  mspringman@gonzalezleigh.com, vasquez@gonzalezleigh.com

9  Bryan W Vereschagin    bvereschagin@gonzalezleigh.com, bbrazier@gonzalezleigh.com, cescobar@gonzalezleigh.com, lrivers@gonzalezleigh.com, malberto@gonzalezleigh.com,
10  mspringman@gonzalezleigh.com, vasquez@gonzalezleigh.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California