United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA POWELL,

Plaintiff(s),

v.

CITY OF SAN JOSE, ET AL.,

Defendant(s).

_______________________________________/

No. C 08-01213 JW

CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the recent case reassignment a NEW case management conference has been set before Judge James Ware **August 25, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management statement by **August 15, 2008.**

Dated: June 13, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: /s/
Elizabeth Garcia
Courtroom Deputy