1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  MICHAEL DODSON, Sr. Deputy City Attorney (#159743)
   NKIA D. RICHARDSON, Deputy City Attorney (#193209)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6
   Attorneys for Defendants, CITY OF SAN JOSE,
7  ROBERT DAVIS and ANTHONY SERRANO

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12

13  BARBARA POWELL, an individual,              Case Number:  C08-01213 HRL

14               Plaintiff,                     **DEFENDANTS' ANSWER TO
                                                PLAINTIFF'S COMPLAINT**
15               v.
                                                **JURY TRIAL DEMANDED**
16  CITY OF SAN JOSE; ROBERT DAVIS in
    his capacity as CHIEF OF POLICE OF
17  THE CITY OF SAN JOSE; OFFICER
    ANTHONY SERRANO; and DOES 1
18  THROUGH 75, individually and in their
    official capacities as employees of the
19  CITY OF SAN JOSE; and DOES 76-100
    individually, inclusive,
20
                 Defendants.
21

22       Defendants, City of San Jose, Robert Davis and Anthony Serrano, hereby respond

23  to the Complaint of Plaintiff Barbara Powell in the above-entitled matter as follows:

24       1)     Answering Paragraph 1 of Plaintiff's Complaint, Defendants lack sufficient

25  information and belief, and therefore, deny the allegations contained therein.

26       2)     Answering Paragraph 2 of Plaintiff's Complaint, Defendants lack sufficient

27  information and belief, and therefore, deny the allegations contained therein.

28  / / / / /

- 1 -

3)      Answering Paragraph 3 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

4)      Answering Paragraph 4 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

5)      Answering Paragraph 5 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

6)      Answering Paragraph 6 of Plaintiff's Complaint, Defendants admit the allegations contained therein.

7)      Answering Paragraph 7 of Plaintiff's Complaint, Defendants admit that Robert Davis is the Chief of Police for the City of San Jose.  As to the remaining allegations contained in Paragraph 7, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

8)      Answering Paragraph 8 of Plaintiff's Complaint, Defendants admit the allegations contained therein.

9)      Answering Paragraph 9 of Plaintiff's Complaint, Defendants admit that they acted under color of law and in the course and scope of their employment with the City of San Jose.  Defendants deny the remaining allegations contained in Paragraph 9.

10)     Answering Paragraph 10 of Plaintiff's Complaint, Defendants admit the allegations contained therein.

11)     Answering Paragraph 11 of Plaintiff's Complaint, Defendants admit the allegations contained therein.

12)     Answering Paragraph 12 of Plaintiff's Complaint, Defendants admit the allegations contained therein.

13)     Answering Paragraph 13 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

14)     Answering Paragraph 14 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

/ / / / /

15)     Answering Paragraph 15 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

16)     Answering Paragraph 16 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

17)     Answering Paragraph 17 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

18)     Answering Paragraph 18 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

19)     Answering Paragraph 19 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

20)     Answering Paragraph 20 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

21)     Answering Paragraph 21 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

22)     Answering Paragraph 22 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

23)     Answering Paragraph 23 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

24)     Answering Paragraph 24 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

25)     Answering Paragraph 25 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

26)     Answering Paragraph 26 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

27)     Answering Paragraph 27 of Plaintiff's Complaint, Defendants incorporate their answers to Paragraphs 1 through 26 as if fully set forth herein.

28)     Answering Paragraph 28 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

29)    Answering Paragraph 29 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

30)    Answering Paragraph 30 of Plaintiff's Complaint, Defendants admit that they acted under color of state law and within the course and scope of their employment with the City of San Jose and the San Jose Police Department on the date and times mentioned in Plaintiff's Complaint.  Defendants deny the remaining allegations contained in Paragraph 30.

31)    Answering Paragraph 31 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

32)    Answering Paragraph 32 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

33)    Answering Paragraph 33 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

34)    Answering Paragraph 34 of Plaintiff's Complaint, Defendants incorporate their answers to Paragraphs 1 through 33 as if fully set forth herein.

35)    Answering Paragraph 35 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

36)    Answering Paragraph 36 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

37)    Answering Paragraph 37 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

38)    Answering Paragraph 38 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

39)    Answering Paragraph 39 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

40)    Answering Paragraph 40 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

/ / / / /

**FIRST AFFIRMATIVE DEFENSE**

1.      As and for a first affirmative defense, Defendants allege that the Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

2.      As and for a second affirmative defense, Defendants allege that Plaintiff was careless and negligent in and about the matters referred to in the Complaint, and further that Plaintiff failed to exercise ordinary care for Plaintiff's own safety and such carelessness and negligence on the part of Plaintiff proximately caused and contributed to the damage, detriment, or injury sustained by Plaintiff, if any, and that Plaintiff's recovery should therefore be barred or reduced to the extent of Plaintiff's negligence.

**THIRD AFFIRMATIVE DEFENSE**

3.      As and for a third affirmative defense, Defendants allege that any harm Plaintiff suffered was the result of a negligent or otherwise wrongful act and/or conduct of persons other than these Defendants and that the conduct of other persons other than these Defendants was the sole and proximate cause of the injuries and damages alleged by Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

4.      As and for a fourth affirmative defense, Defendants allege that all actions taken were undertaken in good faith and with reasonable belief that the actions were valid, necessary, constitutionally proper, and objectively reasonable for a police officer in the same circumstances, entitling Defendants to the Qualified Immunity of Good Faith.

**FIFTH AFFIRMATIVE DEFENSE**

5.      As and for a fifth affirmative defense, Defendants allege that they are immune from the state law causes of action pursuant to Government Code §§800-1000, including but not limited to §§820.2 820.4, 820.8, 821.6, 821.8, and 822.2.

/ / / / /

/ / / / /

/ / / / /

### SIXTH AFFIRMATIVE DEFENSE

6.      As and for a sixth affirmative defense, Defendants allege that Plaintiff's Complaint is barred in that Plaintiff failed to comply with the claims filing provision of Government Code §900, *et. seq.*

### SEVENTH AFFIRMATIVE DEFENSE

7.      As and for a seventh affirmative defense, Defendants allege that Plaintiff's Complaint is barred by the applicable statutes of limitation.

### EIGHTH AFFIRMATIVE DEFENSE

8.      As and for an eighth affirmative defense, Defendants allege that Plaintiff has failed to mitigate her damages, if any.

### NINTH AFFIRMATIVE DEFENSE

9.      As and for a ninth affirmative defense, Defendants allege that if Plaintiff was detained, these answering Defendants had probable cause to detain Plaintiff based upon the Defendants investigation, knowledge, and observations preceding the detention and that the Plaintiff was validly detained.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
JURY TRIAL DEMANDED

C08-01213 HRL
498265.doc

1    WHEREFORE, Defendants pray:

2    1.    That Plaintiff take nothing by her Complaint;

3    2.    That Plaintiff's Complaint be dismissed with prejudice;

4    3.    That Defendants be awarded their costs of suit, including attorneys fees

5    incurred herein; and

6    4.    For such other and further relief as the Court deems proper.

7

8                            Respectfully submitted,

9    Dated:  August 19, 2008            RICHARD DOYLE, City Attorney

10

11                            By: _____/S/_____
12                                MICHAEL J. DODSON
                                Sr. Deputy City Attorney

13                            Attorneys for Defendants,
14                            CITY OF SAN JOSE, ROBERT DAVIS, and
                            ANTHONY SERRANO

15

16                    **REQUEST FOR JURY TRIAL**

17        Defendants City of San Jose, Robert Davis and Anthony Serrano, hereby request a

18    jury trial in this action.

19

20    Dated:  August 19, 2008            Respectfully submitted,

21                            RICHARD DOYLE, City Attorney

22

23                            By: _____/S/_____
24                                MICHAEL J. DODSON
                                Sr. Deputy City Attorney

25                            Attorney for Defendants,
26                            CITY OF SAN JOSE, ROBERT DAVIS, and
                            ANTHONY SERRANO

27

28

- 7 -