1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  MICHAEL DODSON, Sr. Deputy City Attorney (#159743)
   NKIA D. RICHARDSON, Deputy City Attorney (#193209)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6
   Attorneys for Defendants, CITY OF SAN JOSE,
7  ROBERT DAVIS and ANTHONY SERRANO

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13  BARBARA POWELL, an individual,        Case Number:  C08-01213 HRL

14            Plaintiff,                   **DECLINATION TO PROCEED
                                           BEFORE A MAGISTRATE JUDGE
15        v.                               AND REQUEST FOR
                                           REASSIGNMENT TO A UNITED
16  CITY OF SAN JOSE; ROBERT DAVIS in      STATES DISTRICT JUDGE**
    his capacity as CHIEF OF POLICE OF
17  THE CITY OF SAN JOSE; OFFICER
    ANTHONY SERRANO; and DOES 1
18  THROUGH 75, individually and in their
    official capacities as employees of the
19  CITY OF SAN JOSE; and DOES 76-100
    individually, inclusive,
20
              Defendants.
21

22       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

23       The undersigned parties in the above-captioned civil matter hereby decline to

24  / / / / /

25  / / / / /

26  / / / / /

27  / / / / /

28  / / / / /

                                    - 1 -

1  consent to the assignment of this case to a United States Magistrate Judge for trial and

2  disposition and hereby request the reassignment of this case to a United States District

3  Judge.

4

5                                              Respectfully submitted,

6  Dated:  August 19, 2008                     RICHARD DOYLE, City Attorney

7

8                                              By:  _____/S/_____
                                                    MICHAEL J. DODSON
9                                                   Sr. Deputy City Attorney

10                                             Attorneys for Defendants,
                                               CITY OF SAN JOSE, ROBERT DAVIS and
11                                             ANTHONY SERRANO

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND                C08-01213 HRL
REQUEST FOR REASSIGNMENT TO A UNITES STATES DISTRICT JUDGE          498273.doc