| | |
|---|---|
| 1 | RICHARD DOYLE, City Attorney (#88625) |
| 2 | NORA FRIMANN, Chief Trial Attorney (#93249) |
|   | MICHAEL DODSON, Sr. Deputy City Attorney (#159743) |
| 3 | NKIA D. RICHARDSON, Deputy City Attorney (#193209) |
|   | Office of the City Attorney |
| 4 | 200 East Santa Clara Street |
|   | San José, California  95113-1905 |
| 5 | Telephone Number: (408) 535-1900 |
|   | Facsimile Number:  (408) 998-3131 |
| 6 | E-Mail Address:  cao.main@sanjoseca.gov |
| 7 | Attorneys for Defendants, CITY OF SAN JOSE, ROBERT DAVIS and ANTHONY SERRANO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA POWELL, an individual, | Case Number:  C08-01213 HRL |
| Plaintiff, | **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| v. | |
| CITY OF SAN JOSE; ROBERT DAVIS in his capacity as CHIEF OF POLICE OF THE CITY OF SAN JOSE; OFFICER ANTHONY SERRANO; and DOES 1 THROUGH 75, individually and in their official capacities as employees of the CITY OF SAN JOSE; and DOES 76-100 individually, inclusive, | |
| Defendants. | |

Pursuant to Northern District Local Rule 3-13, Defendants City of San Jose, Robert Davis and Anthony Serrano hereby file this Notice of Pendency of Other Action or Proceeding.

The following cases all generally arise out of events transpiring on February 28 and March 1, 2006 in downtown San Jose which involved alleged interaction between the Plaintiff in each individual case and one or more members of the San Jose Police Department.  The cases have overlapping parties and witnesses and the underlying events

alleged in each case generally took place at approximately the same time and in close proximity to one another. Those other cases are as follows:

1. *Sanchez, Christina v. City of San Jose, et al.*; USDC Case Number C06-06331 JW;
2. *Burton, Natasha v. City of San Jose, et al.*; USDC Case Number C08-01215 HRL; and
3. *Henderson, Sheretta v. City of San Jose, et al.*; USDC Case Number C08-01214 PVT.

Respectfully submitted,

Dated: August 19, 2008        RICHARD DOYLE, City Attorney

By: _____/S/_____
MICHAEL J. DODSON
Sr. Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS, and ANTHONY SERRANO