GONZALEZ & LEIGH, LLP
BRYAN W. VERESCHAGIN (SBN 188608)
MATT SPRINGMAN (SBN 252508)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiffs
CHRISTINA SANCHEZ, NATASHA BURTON,
SHERETTA HENDERSON and BARBARA POWELL

MICHAEL DODSON
NKIA D. RICHARDSON
Office of the City Attorney
200 East Santa Clara Street
San Jose, CA 95113-1905
Telephone: (408) 535-1900
Facsimile: (408) 998-3131

Attorneys for Defendants
CITY OF SAN JOSE, ROBERT DAVIS, RAFAEL
VARELA, ERIC KURZ, CHRIS HARDIN, CHRIS
CRUZADO, and CHRISTIAN CAMARILLO

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATASHA BURTON, SHERETTA HENDERSON, and BARBARA POWELL, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN JOSE; ROBERT DAVIS in his capacity as CHIEF OF POLICE OF THE CITY OF SAN JOSE; OFFICER CHRISTIAN CAMARILLO; OFFICER ERIC KURZ; CHRIS CRUZADO; OFFICER RAFAEL VARELA; and DOES 1 THROUGH 75, individually and in their official capacities as employees of the CITY OF SAN JOSE; and DOES 76-100 individually, inclusive, <br><br> Defendants. | C 08-1213 JW; C 08-1214 JW; C 08-1215 JW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE FOR CASE MANAGEMENT CONFERENCE |
|---|---|

**STIPULATION AND [PROPOSED] ORDER**
Case No. 5:08-cv-1213-JW

The initial Case Management Conference in this case is currently set for October 20, 2008. However, in light of both parties' inadvertent ignorance of the Court's current schedule, and in the interests of having a fruitful discussion at that first meeting, both parties, by and through their respective counsel of record, respectfully request that the Court continue the Case Management Conference to November 17, 2008 at 10:00 a.m.

DATED: October 16, 2008              GONZALEZ & LEIGH, LLP


By ___*/s/ Matt Springman*___
    MATT SPRINGMAN
    Attorney for Plaintiffs
    CHRISTINA SANCHEZ, NATASHA
    BURTON, SHERETTA HENDERSON
    and BARBARA POWELL

DATED: October 16, 2008              OFFICE OF THE CITY ATTORNEY


By ___*/s/ Michael Dodson*___
    MICHAEL DODSON
    Attorney for Defendants
    CITY OF SAN JOSE, ROBERT DAVIS,
    SHAWN ROCHA, ERIC KURZ,
    CHRIS HARDIN and CHRIS CRUZADO


## **ORDER**

The case management conference, currently set for October 20, 2008 at 10:00 a.m., is hereby continued to November 17, 2008 at 10:00 a.m.  On or before **November 7, 2008** the parties shall file a Joint Case Management Statement.  The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery.

DATED: October 17, 2008

*[signature]*
The Honorable James Ware
United States District Court Judge