

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA POWELL, | Case Number: C08-01213 JW |
| SHERETTA HENDERSON, | Case Number: C08-01214 JW |
| BARBARA POWELL, an individual, | Case Number: C08-01215 JW |
| Plaintiffs, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| CITY OF SAN JOSE; et al., | |
| Defendants. | |

In light of the Court's unavailability, the Court continues the Preliminary Pretrial Conference for the above entitled cases from April 13, 2009 to **May 4, 2009 at 11 a.m.**  The parties may file a supplemental Pretrial Conference Statement on or before **April 24, 2009** if the status of the cases changes.  If not, the Court will rely on the Statement filed on April 3, 2009.

Dated:  April 9, 2009

JAMES WARE
United States District Judge