IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Christina Sanchez, | NO. C 06-06331 JW |
| _____/ | NO. C 08-01213 JW |
| Barbara Powell, | NO. C 08-01214 JW |
| | NO. C 08-01215 JW |
| _____/ | |
| Sherretta Henderson, | **ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATE** |
| _____/ | |
| Natasha Burton, | |
|     Plaintiffs, | |
|  v. | |
| City of San Jose, et al., | |
|     Defendants. | |
| _____/ | |

Presently before the Court is the parties' Stipulation to continue the current consolidated trial, set to begin on January 4, 2010. (Docket Item No. 104.) The parties contend that the Court's advancement of the original trial date has created a conflict for Defendants' counsel. (Docket Item No. 105.)

For good cause shown, the Court GRANTS the parties' request for a continuance and modifies the trial schedule as follows:

**TRIAL SCHEDULE**

| **Final Pretrial Conference (¶4 )** | **February 1, 2010 at 11 a.m.** |
|---|---|
| **Consolidated Joint Pretrial Conference Statement and any additional *in Limine* Motions, and Proposed Jury Instructions Due** | **January 4, 2010** |
| **Jury Selection** | **February 16, 2010 at 9 a.m.** |
| **Jury Trial Date and Sessions**<br>**Session 1**<br>**Sessions 2-7**<br>**Sessions 8-9**<br>**Session 10** | **February 16, 2010 at 1 p.m.**<br>**February 17-19, 2010, 9 a.m. - 12 p.m., 1 p.m. - 4 p.m.**<br>**February 23, 2010, 9 a.m. - 12 p.m., 1 p.m. - 4 p.m.**<br>**February 24, 2010, 9 a.m. - 12 p.m.** |
| **Argue & Submit** | **February 24, 2010 at 1 p.m.** |
| **Jury Deliberations** | **February 25-26, 2010 and March 1-2, 2010, if necessary** |

Except for the revised trial schedule in this Order, the Court's previous Preliminary Pretrial Orders in the respective cases remain in effect. In light of this Order, the Court VACATES the December 21, 2009 Final Pretrial Conference.

Dated: December 8, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gilbert Whitney Leigh wleigh@gonzalezleigh.com
Matt Gonzalez mgonzalez@gonzalezleigh.com
Matthew Lowe Springman mspringman@gonzalezleigh.com
Michael J. Dodson cao.main@sanjoseca.gov
Nkia Desiree Richardson cao.main@sanjoseca.gov

**Dated:  December 8, 2009**                               **Richard W. Wieking, Clerk**

                                                          **By:        /s/ JW Chambers**
                                                             **Elizabeth Garcia**
                                                              **Courtroom Deputy**