1  GONZALEZ & LEIGH, LLP
   MATT GONZALEZ (SBN 153486)
2  G. WHITNEY LEIGH (SBN 153457)
   GONZALEZ & LEIGH, LLP
3  744 Montgomery Street, Ste. 500
   San Francisco, CA  94111
4  Telephone Number: (415) 912-5950
   Facsimile Number:  (415) 912-5951
5  E-Mail Address:  mgonzalez@gonzalezleigh.com

6  Attorneys for Plaintiffs

7  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Assistant City Attorney (#93249)
8  MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
   NKIA D. RICHARDSON, Deputy City Attorney (#193209)
9  Office of the City Attorney
   200 East Santa Clara Street
10 San José, California  95113-1905
   Telephone Number: (408) 535-1900
11 Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
12
   Attorneys for Defendants
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                           SAN JOSE DIVISION

17  CHRISTINA SANCHEZ,                   No.   C06-06331 JW
                                         No.   C08-01213 JW
18  BARBARA POWELL,                      No.   C08-01215 JW

    NATASHA BURTON,
19                                       **STIPULATION OF DISMISSAL AND
                  Plaintiffs,            [PROPOSED] ORDER**
20
           v.
21
    CITY OF SAN JOSE et al.,
22
                  Defendants.
23

24       Pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1), Plaintiffs

25  Christina Sanchez, Barbara Powell and Natasha Burton (collectively, "Plaintiffs") and

26  Defendants City of San Jose, Kevin Abruzzini, Christian Camarillo, Shawn Nunes, Shawn

27  Rocha, Eric Kurz, Christopher Hardin, Christopher Cruzado, Rafael Varela and Anthony

28
                                           1
    STIPULATION OF DISMISSAL AND         CASE NOS.:  C06-06331 JW, C08-01213 JW, & C08-01215 JW
    [PROPOSED] ORDER
                                                                                     722312

1  Serrano (collectively, "Defendants") hereby stipulate that these actions be dismissed in
2  their entirety, with prejudice.
3      Plaintiffs and Defendants further stipulate and agree that each party shall bear their
4  own attorneys fees and costs in connection with this action.

Respectfully submitted,

Dated: January 21, 2011            By:     /s/ Matt Gonzalez
                                        MATT GONZALEZ, Esq.
                                        GONZALEZ & LEIGH

                                   Attorney for Plaintiff,
                                   SHERETTA HENDERSON

Dated: January 21, 2011            RICHARD DOYLE, City Attorney

                                   By:     /s/ Michael Dodson
                                        MICHAEL J. DODSON
                                        Sr. Deputy City Attorney

                                   Attorney for Defendants, CHRISTIAN
                                   CAMARILLO and RAFAEL VARELA

## DECLARATION OF CONSENT

    Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiffs, Matt Gonzalez.

Dated:  January 21, 2011                /s/ Michael J. Dodson
                                        MICHAEL J. DODSON
                                        Sr. Deputy City Attorney

/ / / / /
/ / / / /
/ / / / /
/ / / / /

2

**ORDER**

Pursuant to the Stipulation of Dismissal by and between the parties to these actions, through their designated counsel, the above-captioned actions are hereby DISMISSED with prejudice pursuant to F.R.C.P. 41(a)(1), and it is further ordered that each party shall bear their own attorneys fees and costs in connection with these actions. The Clerk shall close these files.


Dated:  January 21, 2011                             _____
                                                                    HONORABLE JAMES WARE
                                                                    United Stated District Court Chief Judge