GONZALEZ & LEIGH LLP
MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153486)
MATTHEW R. SCHULTZ (SBN 220641)
744 Montgomery Street, Fifth Floor
San Francisco, California  94111
Telephone:     415-912-5950
Facsimile:      415-912-5951

Attorneys for Plaintiffs

*IT IS SO ORDERED*
*Judge James Ware*
3/28/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA SANCHEZ, SHERETTA HENDERSON, NATASHA BURTON BARBARA POWELL<br><br>                    Plaintiffs,<br><br>     v.<br><br>CITY OF SAN JOSE, *et al.*,<br><br>                    Defendants. | Case No. 5:06-cv-06331-JW<br>Related Cases: 5:08-cv-01213-JW<br>                           5:08-cv-01214-JW<br>                           5:08-cv-01215-JW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

1     PLEASE TAKE NOTICE that effective November 1, 2010, Matthew Schultz of
2 Gonzalez & Leigh LLP at 744 Montgomery, fifth floor, San Francisco, California, 94111, will
3 no longer be associated with Gonzalez & Leigh LLP and hereby withdraws as counsel of record
4 for plaintiffs.  Mr. Schultz therefore requests that he be removed from the case docket and the
5 Notice of Electronic Filing System as indicated on the docket.  G. Whitney Leigh, Matt Gonzalez
6 and Matthew Springman will continue as counsel of record for plaintiffs.  All pleadings, orders
7 and other papers should continue to be served on Gonzalez & Leigh LLP.

9 Dated:  February 21, 2011                           GONZALEZ & LEIGH LLP

12                                                    By: _____/s/_____
                                                          Matthew R. Schultz
13                                                        Attorneys for Plaintiffs